IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-3851

Judge Matthew F. Kennelly

Magistrate Judge Jeffrey Cummings

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 304 | Joy Store |
| 107 | Zhongshan B.O.B Gift Co., Ltd. |
| 95 | Ningbo Hi-Tech Zone Sengfeng Imp. & Exp. Co., Ltd. |
| 121 | bakingdream |
| 161 | homechoice_sky |
| 162 | homedecor_sky |
| 163 | homesale_sky |
| 179 | kitchen_diy |
| 180 | kitchenwareworld |
| 80 | sunny52094 |
| 126 | best5star-0 |
| 174 | juzis1985 |

| | |
|---|---|
| 442 | jayce1992 |
| 287 | God of fortune |
| 260 | dealforu |
| 356 | SparkleShine |
| 408 | YuTo |
| 300 | Jane jewelry home |
| 153 | goonline55 |

DATED:  August 10, 2019            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 10, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                  */s/ Keith A. Vogt*
                  Keith A. Vogt