IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDINGS, LTD. and INTERSPORT CORP. d/b/a/ WHAM-, <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 1:19-cv-03851 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge Jeffrey Cummings |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby file this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A:

| Def. No. | Def. Name |
|---|---|
| 496 | liyang store |
| 34 | Big Sale |
| 35 | Lehu Store |
| 17 | shopping me |
| 495 | K fitness Store |
| 498 | MITO Store |

DATED: September 12, 2019　　　　　　　　Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt Ltd.
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Telephone: 708-203-4787
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 12, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filings to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.