**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-3851

Judge Matthew F. Kennelly

Magistrate Judge Jeffrey Cummings

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 7, 2019 [36] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 182 | linemall |
| 247 | bigboxsaveline |
| 166 | houdao1089 |
| 472 | WANG.zhou |
| 459 | rianiq07 |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October 14, 2019                    Respectfully submitted,

*Yanling Jiang*

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson Blvd.
Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com

**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yanling Jiang, on this 14th day of October, 2019.

Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

*Ollie B. Jones*

Notary Public

State of  Illinois
County of  Cook