IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and<br>INTERSPORT CORP. d/b/a WHAM-O,<br><br>  Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>  Defendants. | Case No.: 1:19-cv-3851<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Jeffrey Cummings |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 7, 2019 [36] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 132 | buyingeasy19 |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: November 18th, 2019

Respectfully submitted,

_____
Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com
**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yanling Jiang, on this 18 th day of November, 2019.

Given under by hand and notarial seal.

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

_____
Michael Severt
Notary Public

State of ___Illinois___

County of ___Cook___